UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHRISTOPHER CUSTER, )<br>CARMEN FIGUEROA, )<br>DESIREE ALVES, and )<br>WILLIAM TEJEDA )<br>Defendants ) | Case No. 04M-1038-JGD |

### GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter. As grounds for this motion, the government states that the above-named defendants have been arrested and there is no longer any need to keep the documents sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _/s/ Susan M. Poswistilo_
SUSAN M. POSWISTILO
Assistant U.S. Attorney